SL ENVIRONMENTAL LAW GROUP PC
201 Filbert Street, Suite 401
San Francisco, CA 94133
Tel. (415) 348-8300
Fax (415) 384-8333
rhead@slenvironment.com

Kevin J. Madonna (NY Bar # 2981181)
KENNEDY & MADONNA, LLP
48 Dewitt Mills Road
Hurley, NY 12443
Tel. (845) 481-2622
Fax (845) 230-3111
kmadonna@kennedymadonna.com

Ned McWilliams (Florida Bar # 0016174)
LEVIN PAPANTONIO THOMAS
MITCHELL RAFFERTY PROCTOR, P.A.
316 S. Baylen Street
Pensacola, FL 32502
Tel. (850) 435-7138
Fax (850) 435-7020

Raymond Lesniak (NJ Bar # 018051974)
530 Irvington Avenue
Livingston, NJ 07208
Tel. (862) 812-6756

DATED: September 11, 2020